No. 8,133.—LUCAS MIHELICH, Appellant, v. ANACONDA COPPER MINING CO., Respondent.

Decided November 15, 1940.

PER CURIAM.—It is ordered that the above entitled action and appeal be dismissed as fully settled on the merits.

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Appellant.

*Messrs. W. H. Hoover, John V. Dwyer* and *J. T. Finlen, Jr.,* for Respondent.

No. 8,156.—MARY L. HINES, Plaintiff and Respondent, v. LEWIS R. HINES, Defendant and Appellant.

Decided November 15, 1940.

PER CURIAM.—Agreeably to the stipulation of both parties, it is ordered that the appeal herein be dismissed without costs to either party.

*Mr. Wellington D. Rankin* and *Mr. Lloyd W. Swords,* for Appellant.

*Mr. T. H. Burke,* for Respondent.